-PS/O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BRUCE GLASCOE,

      Plaintiff,

      -v-

CAROLYN W. COLVIN, Acting Commissioner of the
Social Security Administration,

      Defendant.

DECISION AND ORDER
15-CV-0689G



---

Plaintiff has submitted a complaint, along with an affirmation of poverty, and seeks permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The affirmation of poverty has been reviewed in accordance with 28 U.S.C. § 1915(a)(1) and the complaint has been reviewed by the Court with respect to the 28 U.S.C. § 1915(e)(2) criteria.

Plaintiff has met the statutory requirements for *in forma pauperis* status, and therefore permission to proceed *in forma pauperis* is granted. The Clerk of the Court is directed to file plaintiff's papers without payment of fees. Service of papers, which may be done by certified mail, shall be performed by plaintiff's attorney.

IT IS SO ORDERED.

                                                               /s/ David G. Larimer
                                                           DAVID G. LARIMER
                                                         United States District Judge

DATED: August 24, 2015
            Rochester, New York